UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

OBIOMA IWOBI,

                Defendant.

**ORDER**

22-cr-652 (ER)

RAMOS, D.J.:

    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on July 21, 2023

    It is SO ORDERED.

Dated:   June 9, 2023
          New York, New York

                                      EDGARDO RAMOS, U.S.D.J.